NUMBER 13-01-728-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


WALTER JACKSON , Appellant,
v.


RALPH BLACKWELL , Appellee.

____________________________________________________________________


On appeal from the County Court at Law No. 1

of Jefferson County, Texas.

____________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam


Appellant, WALTER JACKSON , attempted to perfect an appeal from the County Court at Law No. 1 of Jefferson County,
Texas, in cause no. 92761 . The clerk's record was received on October 29, 2001 . 

Upon review of the clerk's record, there did not appear to be a final, appealable order. Pursuant to Tex. R. App. P. 42.3,
notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellant was advised
that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed
for want of jurisdiction. Appellant failed to file a response as requested by this Court's notice. 

The Court, having considered the documents on file and appellant's failure to respond to this Court's notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 14th day of February, 2002 .